No. 10–6166. STEWART v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–6172. KING v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–6283. ADAMS v. HIGH PURITY SYSTEMS, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 10–6311. JOHNSON v. DEBOO, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 10–6406. WRIGHT v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–6411. DIAZ DE LA CRUZ v. UNITED STATES; and
No. 10–6423. JUBIEL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–6431. WATERS v. UNITED STATES ET AL. C. A. 4th Cir. Certiorari denied.

No. 10–6476. COLBERT v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–6506. SHEID v. UNITED STATES MARSHALS SERVICE, HOUSTON DIVISION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 10–6537. CRAIG v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–6620. MOJENA v. UNITED STATES; and
No. 10–6707. MARTINEZ ALMEIDA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–6652. HAYDEN ET UX. v. D'AMICO ET AL. Super. Ct. N. J., App. Div. Certiorari denied.

No. 10–6825. DAVIS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–6878. HALL v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.